IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TONY ALAMO CHRISTIAN
MINISTRIES, et al.                                                                                          PLAINTIFFS

V.                                    CASE NO. 09-CV-4031

JOHN SELIG,
Director of The Arkansas
Department of Human Services, et al.                                                      DEFENDANTS

ORDER

Before the Court is a Motion to Quash Subpoena filed by non-party Sgt. John Bishop. (Doc. 37). On July 6, 2009, Plaintiffs served Sgt. Bishop with a subpoena requiring him to appear for a deposition on July 10, 2009. Sgt. Bishop asks the Court to enter an order quashing the subpoena. Plaintiffs have agreed to cancel the deposition and do not object to the entry of an order quashing the subpoena. Accordingly, the Court finds that the Motion to Quash (Doc. 37) should be and hereby is **GRANTED**. The subpoena issued to Sgt. John Bishop requiring him to appear for a deposition on July 10, 2009, is hereby quashed.

**IT IS SO ORDERED**, this 9th day of July, 2009.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge