IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


TONY ALAMO CHRISTIAN MINISTRIES, et al.                    PLAINTIFFS


V.                          CASE NO. 09-CV-4031


JOHN SELIG, et al.                                         DEFENDANTS


<u>ORDER</u>


Before the Court is Defendants' Motion for Judgment on the Pleadings. (Doc. 21). Plaintiffs have responded to Defendants' motion. (Docs. 26, 58). Defendants have filed a reply. (Doc. 60). For reasons discussed in the Memorandum Opinion of even date, Defendants' Motion for Judgment on the Pleadings is **GRANTED**. Plaintiffs' claims against Defendants are **DISMISSED**.

**IT IS SO ORDERED**, this 1st day of February, 2010.

_____/s/ Harry F. Barnes_____
Hon. Harry F. Barnes
United States District Judge